# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT<br><br>*Plaintiff,*<br>v.<br><br>GOOGLE LLC,<br><br>*Defendant.* | CIVIL ACTION 6:20-CV-00581-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL AND FINAL JUDGMENT

Plaintiff ("WSOU") and Defendant ("Google") (collectively, the "Parties") by and through their undersigned counsel, subject to the approval of the Court, hereby stipulate and agree as follows:

1. This is a patent infringement action brought by WSOU against Google.

2. This Court has jurisdiction over the claims in these actions pursuant to 8 U.S.C. §§ 1331 and 1338.

3. WSOU asserted infringement of claims 1, 3-6, 10-16 of U.S. Patent No. 7,304,563 ("the '563 patent"). Google denies infringement of all asserted claims and further asserts the claims are invalid and unenforceable among other defenses. On March 25, 2021, the Court held a *Markman* Hearing. (Dkt. Nos. 44-45.) On June 2, 2021, the Court entered a Claim Construction Order. (Dkt. No. 46.)

4. Under the Court's Claim construction order, all the asserted claims—claims 1, 3-6, and 10-16—of the '563 patent have been held invalid as indefinite. As a result, under the Court's Claim Construction Order, WSOU cannot prevail on the issue of infringement because WSOU cannot prove the accused products practice a valid asserted claim, namely claims 1, 3-6, and 10-

16. The Parties therefore stipulate and agree to entry of this Final Judgment in favor of Google and against WSOU that the asserted claims are invalid as indefinite for the reasons set forth in the Court's Claim Construction Order and for purposes of allowing appeal of the foregoing order.

5. The Parties also stipulate and agree that by virtue of this stipulation Google does not waive any argument or defense relating to the '563 patent.

6. This Stipulated Order of Dismissal and Final Judgment is without prejudice to the Parties' rights to appeal any future orders issued by the Court.

SO STIPULATED BY the Parties through their undersigned counsel:

Date: August 23, 2021

Respectfully submitted,

/s/ *James L. Etheridge*

James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com

Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
Law Firm of Walt, Fair PLLC.
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

***Attorneys for Plaintiff WSOU Investments, LLC***

Date: August 23, 2021

Respectfully submitted,

/s/ *Tharan Gregory Lanier*

Tharan Gregory Lanier (*pro hac vice*)
**Jones Day**
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile
tglanier@jonesday.com

Michael E. Jones (Texas Bar No. 10929400)
Patrick C. Clutter (Texas Bar No. 24036374)
**Potter Minton, P.C.**
110 North College, Suite 500
Tyler, Texas, 75702
+1 (903) 597-8311

+1 (903) 593-0846 facsimile
mikejones@potterminton.com
patrickclutter@potterminton.com

Sasha Mayergoyz
**Jones Day**
77 W. Wacker Drive
Chicago, IL 60601
+1 (312) 782-3939
smayergoyz@jonesday.com

Tracy A. Stitt
Edwin O. Garcia
**Jones Day**
51 Louisiana Avenue NW
Washington, DC 20001
+1 (202) 879-3641
tastitt@jonesday.com
edwingarcia@jonesday.com

Michael A. Lavine
**Jones Day**
555 California Street
26th Floor
San Francisco, California 94104
+1 (415) 626-3939
mlavine@jonesday.com

*Attorneys for Defendant Google LLC*