IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT<br><br>*Plaintiff,*<br>v.<br><br>GOOGLE LLC,<br><br>*Defendant.* | § § § § § § § § § § § § § § § § § | CIVIL ACTION 6:20-CV-00581-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING MOTION FOR INDICATIVE RULING
UNDER FEDERAL RULE OF CIVIL PROCEDURE 62.1**

Upon consideration of Defendant Google LLC's motion for indicative ruling under Federal Rule of Civil Procedure 62.1, the motion is granted.

IT IS ORDERED that, were the U.S. Court of Appeals for the Federal Circuit to order a limited remand to this Court while otherwise retaining jurisdiction over the parties' appeal, the Court would grant Google's motion to supplement the record with the Court's additional claim construction analysis for the claim limitations: (i) "alerting unit configured to issue an alert"; (ii) "the terminal"; and (iii) "issuing means for issuing an alert."

**SIGNED** on this 6th day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE